```
                                              FILED IN THE
                                            UNITED STATES
                                          BANKRUPTCY COURT

                                          2010 DEC -8  PM 4: 18
Elizabeth Rose Loveridge #6025
WOODBURY & KESLER, P.C.                    DISTRICT OF UTAH
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone: (801) 364-1100
```

Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | |
|---|---|
| **Chelsea Dawn Murphy**<br>**Russell Berry Murphy**<br>SSN: XXX-XX-0063<br>SSN: XXX-XX-1243<br>Debtor(s). | Bankruptcy No. 08-25623 WTT |

### DEPOSIT OF UNCLAIMED FUNDS

Elizabeth Rose Loveridge, the duly appointed and acting Trustee of the above-captioned bankruptcy estate represents to the Court that on September 13, 2010, the following check was sent to the corresponding creditor to the address on file with the Court: check no. 1010 in the amount of $19.60 was sent to Justin Garvin at the address on file with the Court. The check has not been deposited and over 90 days have passed from the date of issue. Therefore, the Trustee has issued a stop payment on the check and has deposited the funds with the U.S. Bankruptcy Court for the District of Utah on December 7, 2010.

DATED December 7, 2010

_____
Elizabeth Rose Loveridge
Chapter 7 Trustee

T\MurphyUnclaimedFunds.12.7.2010

1



## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2010, I caused a true and correct copy of the foregoing **DEPOSIT OF UNCLAIMED FUNDS** to be mailed, postage prepaid, to:

Office of the United States Trustee
Attn: Rayla Meyer
Ken Garff Building
405 South Main Street
Suite 300
Salt Lake City, UT  84111

Chelsea Dawn Murphy & Russell Berry Murphy
4632 West Flintlock Way
Herriman, UT 84096

Jeffrey C. Shorter
Smart Schofield Shorter & Lunceford
5295 South Commerce Dr.
Suite 200
Murray, UT 84107

*[signature]*

T:\MurphyUnclaimedFunds.12.7.2010